**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA

     v.                                  Criminal No.  25-349 (JWB/JFD)

MOKTAR HASSAN ADEN, ET AL.

_____

UNITED STATES OF AMERICA

     v.                                  Criminal No.  25-351 (JWB/JFD)

CHRISTOPHER ADESOJI FALADE, ET AL.

_____

UNITED STATES OF AMERICA

     v.                                  Criminal No.  25-353 (JWB)

ANWAR AHMED ADOW

_____

UNITED STATES OF AMERICA

     v.                                  Criminal No.  25-354 (JWB)

ASAD AHMED ADOW

_____

UNITED STATES OF AMERICA

     v.                                  Criminal No. 25-479 (JWB/JFD)

HASSAN AHMED HUSSEIN, ET AL.

_____

UNITED STATES OF AMERICA

   v.          Criminal No. 25-482 (JWD/JFD)

KAAMIL OMAR SALLAH

———————————————————

UNITED STATES OF AMERICA

   v.          Criminal No. 25-483 (PJS)

ANTHONY WADDELL JEFERSON, ET AL.

———————————————————

UNITED STATES OF AMERICA

   v.          Criminal No. 26-90 (SRN/ECW)

SHARMAINE MEADOWS

———————————————————

UNITED STATES OF AMERICA

   v.          Criminal No. 26-92 (KLM/DLM)

MUHAMMAD ABDULQADIR OMAR, ET AL.

———————————————————

UNITED STATES OF AMERICA

   v.          Criminal No. 26-93 (ECT)

CANDICE LANGLEY

———————————————————

UNITED STATES OF AMERICA

   v.          Criminal No. 26-94 (NEB)

CYNTHIA ALLEN

———————————————————

## NOTICE TO THE COURT OF POSSIBLE RELATED CASES

The undersigned attorney hereby notifies the Court that the above-captioned cases are possibly related for the following reasons:

■    The cases all arise out of the same or related investigations and have temporal proximity;

■    Some of the cases involve the same act or transaction connected with or constituting a part of a common conspiracy, scheme, or plan;

■    Some of the cases arise out of the same operative set of facts, behavioral episode or course of conduct whether the prior cases are open or closed; and

■    Some of the cases arose from cooperation rendered by a defendant or defendants in a previous case whether open or closed.

Dated: May 14, 2026                          Respectfully submitted,

                                             DANIEL N. ROSEN
                                             United States Attorney

                                              /s/ *Matthew C. Murphy*
                                        BY:   MATTHEW C. MURPHY
                                             Assistant United States Attorneys

3