UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CASE NO. 26-CR-90 (SRN/ECW)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>SHARMAINE MEADOWS<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **UNITED STATES' PROPOSED VOIR DIRE** |

The United States of America, by and through the undersigned, respectfully requests that the Court ask the following questions of the jury panel during jury selection:

1. What is your name, address, and occupation over the past five years? Provide the same information as to your spouse and children.

2. Where were you born and raised? If retired, what was your occupation before retiring?

3. What is your educational background?

4. Do you have any favorite hobbies or activities? If so, what are they?

5. Do you belong to any organizations, groups, church, etc.? If so, do you hold a position or have any duties within that organization or group? If so, what are they?

6. Do you have any scientific, medical, or forensic training? If so, please describe.

7. Are you acquainted with any of the attorneys or agents present in this room: Brant Cook, Emily Reeder-Ricchetti, Peter Wold, Ryan Ogden, Jared Kary? *[add others as applicable]*

8. Are you acquainted with Sharmaine Meadows or her company Cradle of Love LLC?

9. Have you served as a juror on any other case? What was the nature of the case(s), when did you serve, in what court did you serve? Did you reach a verdict? Could you put aside the law that you were given in that case and abide by the instructions that the Court gives you to apply in this case?

10. Have you, your relatives, or close friends been involved in any court proceeding (as a witness, plaintiff, defendant, observer, etc.)? If so, is there anything about that experience that would prevent you from being a fair and impartial juror in this case?

11. Do you, or any members of your immediate family, have any specialized knowledge or experience in housing, homelessness, or home and community based care services? If yes, please describe: (1) what type of expertise; (2) what type of job gave such training or expertise, and (3) what you or they do as part of the job.

12. Do you, or any members of your immediate family, have any specialized knowledge or experience in real estate, rental properties, tenant issues? If yes, please describe: ? If yes, please describe: (1) what type of expertise; (2) what type of job gave such training or expertise, and (3) what you or they do as part of the job.

13. Have you, any family member, or close friend ever been investigated for or accused of health care fraud, program or benefits fraud, or worked at a business or facility that has been investigated for, accused of, or convicted of fraud? If so, would that experience make it difficult for you to be a fair and impartial juror in this case?

14. Have you, a family member, or close friend, been accused of committing fraud or a financial crime? If so, please describe the nature of that experience. Would that experience make it difficult for you to be a fair and impartial juror in this case?

15. Have you, a family member, or close friend, been the victim of fraud or a financial

scam? If so, please describe the nature of that experience. Would that experience make it difficult for you to be a fair and impartial juror in this case?

16. Have you, an immediate family member, or close friend ever worked for Minnesota Medicaid, the Centers for Medicare & Medicaid Services, the Department of Health and Human Services, a health insurance company or social services provider, or position that had to regularly interact with Medicare, Medicaid, the Centers for Medicare & Medicaid Services, health insurance companies, or deal with Medicaid or social services billing?

17. If so, what was the extent of your or your family member's or close friend's involvement with Minnesota Medicaid, the Centers for Medicare & Medicaid Services, the Department of Health and Human Services, a health insurance company or social services or billing? Was that experience positive or negative? Is there anything about that experience that would make it difficult for you to be a fair and impartial juror in this case?

18. By a show of hands, how many of you are currently enrolled in Medicaid?

   a. *[For those who raised hands:]* Tell me about your experience with Medicaid.

19. How many of you have a parent, grandparent, or other close family member who relies on Medicaid for their healthcare or other services?

20. Please raise your hand if you, your relatives, or close friends have had a bad or extremely good experience with Medicaid program that might affect your ability to be fair and impartial in this case.

21. Please raise your hand if you, your family members, or your close friends have ever been a party to any legal action or proceeding involving the United States, its officers, agents, or employees. What happened? Is there anything about that experience that would make it difficult for you to be a fair and impartial juror in this case?

22. This case involves an investigation by the Department of Justice, the Federal Bureau of Investigation, the Department of Health and Human Services-- Office of the Inspector General, and the Internal Revenue Service ("IRS"). Witnesses in this case will include federal agents, including members of the FBI, the IRS, and federal DHHS. Does any member of the jury panel have any strong feelings or opinions concerning the United States government or the State of Minnesota, or, more specifically, any of the agencies I just mentioned? Would those strong feelings or opinions make it difficult for you to be a fair and impartial juror in a case such as this? Do you have any opinions or feelings about the criminal justice system in general that would make it difficult for you to be a fair and impartial juror in this case?

23. Please raise your hand if you have any negative feelings toward the federal government that might affect your ability to be fair and impartial toward the government in your consideration of the evidence in this case.

24. Have you, a family member, or close friend ever applied for employment with or been employed by the Department of Justice; the FBI; the Centers for Medicare & Medicaid Services; the Department of Health and Human Services-- Office of the Inspector General; the IRS; the Minnesota Medicaid or the Minnesota Department of Health & Human Services? Either directly or as a government contractor?

25. Have you, a family member, or a close friend ever worked for a law enforcement agency, including a jail or prison? If so, please specify.

26. Would anyone either give less or more credibility to a law enforcement officer's testimony simply because they are a member of law enforcement? Would anyone here disregard the testimony of a law enforcement officer for any reason because of their identity as a member of law enforcement?

27. Have you, or has anyone close to you, ever had an unpleasant or very positive experience or interaction with law enforcement that would impact your ability to hear this case?

28. Do you or any immediate family member have any legal training? If so, please describe.

29. Have you or anyone in your immediate family ever been self-employed or owned a business? What type of business was it? Are you/they still operating the business? If not, why not? Have you or they ever done business with the federal government? If so, is there anything about that experience that would make it difficult for you to be a fair and impartial juror in this case?

30. This case is, in part, about alleged fraudulent billing of Medicaid for housing services. Has anyone had an experience with Medicaid or government funded housing services that would prevent you from being fair and impartial in this case? Does anyone here have strong feelings about the government's handling of Medicaid? Would those strong feelings make it difficult for you to be a fair and impartial juror in this case?

31. Does anyone have any philosophical, moral, or religious beliefs that would make you uncomfortable about sitting in judgment of another human being, in other words judging the guilt or innocence of another person?

32. Does anyone here believe that health care fraud or lying to the government should not be a crime? Do you think that if someone takes money from a federal program, such as Medicaid, that the Government or the federal program is somehow (or at least partially) at fault?

33. A jury in a criminal trial must determine the facts by considering only the evidence presented during the trial. Evidence includes the sworn testimony of witnesses and exhibits which have been admitted into evidence. Statements, objections, questions, and the arguments made by

lawyers are not evidence. The function of lawyers in a trial is to point out things they feel are significant or to call your attention to certain facts or inferences from the evidence. In the same manner, the statements, objections, questions, or arguments made by a defendant in the process of representing himself are not evidence. Please raise your hand if you doubt that you could base your verdict on the admitted evidence and not the unsworn statements, objections, questions, or arguments made by the lawyers for the government or by the defendants.

34. How many of you have jobs that involve following detailed rules or regulations?

a. What happens in your workplace if someone doesn't follow them?

b. Is "I didn't understand the rule" generally accepted as an excuse?

35. If someone is a business owner, do you believe they are responsible for understanding what their employees are doing?

36. Do any of you think that white-collar crimes, like financial crimes or healthcare fraud, are generally less serious than other kinds of crimes?

37. This trial is expected to last one week. Is there anything about that timeframe that would make it difficult to give this case your full attention?

38. If selected as a juror in this case, will you apply the law as given by the Court, regardless of whether you agree or disagree with it?

39. Can you think of any reason, if you are chosen to sit on this jury, why you might not be able to render a fair and impartial verdict based solely upon the evidence and the law as I will instruct you at the conclusion of the case?

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney
District of Minnesota

LORINDA LARYEA
Chief, White Collar & Corporate Enforcement
Criminal Division
United States Department of Justice

By: */s/ Emily Reeder-Ricchetti*
Emily Reeder-Ricchetti
Trial Attorney
United States Department of Justice
1400 New York Avenue NW
Washington, DC 20005
202-355-5633
Emily.Reeder-Ricchetti@usdoj.gov

By: */s/ Jody King*
Jody King
Trial Attorney
United States Department of Justice
1400 New York Avenue NW
Washington, DC 20005
202-262-7656
Jody.King@usdoj.gov

By: */s/ Brant Cook*
Brant Cook
Trial Attorney
United States Department of Justice
211 West 4th Street
Suite 2001
Detroit, MI 48226
Phone: (202) 748-1224
E-mail: brant.cook@usdoj.gov