UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CASE NO. 26-CR-90 (SRN/ECW)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>SHARMAINE MEADOWS<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **UNITED STATES' INDICTMENT SUMMARY** |

The United States of America, through its undersigned counsel, respectfully submits this Indictment Summary pursuant to the Court's July 23, 2026, scheduling order. Dkt. 27. Counsel for Defendant has indicated it does not oppose the language set forth below.

**INDICTMENT SUMMARY**

This is a criminal case that comes to you by way of a charging document called an Indictment. The name of the case is *United States v. Sharmaine Meadows*. The Indictment has three counts, all charging the Defendant with health care fraud. In essence, the Indictment charges the Defendant with participating in a scheme to commit health care fraud by submitting, or causing to be submitted, false and fraudulent claims for services to Minnesota Medicaid for Housing Stabilization Services, or aiding and abetting in the commission of the charged health care fraud.

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney
District of Minnesota

LORINDA LARYEA
Chief, White Collar & Corporate Enforcement
Criminal Division
United States Department Of Justice

By: */s/ Emily Reeder-Ricchetti*
Emily Reeder-Ricchetti
Trial Attorney
United States Department of Justice
1400 New York Avenue NW
Washington, DC 20005
202-355-5633
Emily.Reeder-Ricchetti@usdoj.gov

By: */s/ Jody King*
Jody King
Trial Attorney
United States Department of Justice
1400 New York Avenue NW
Washington, DC 20005
202-262-7656
Jody.King@usdoj.gov

By: */s/ Brant Cook*
Brant Cook
Trial Attorney
United States Department of Justice
211 West 4th Street
Suite 2001
Detroit, MI 48226
Phone: (202) 748-1224
E-mail: brant.cook@usdoj.gov