UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

Plaintiff,

v.

SHARMAINE MEADOWS,

Defendant.

Case No. 26-CR-90 (SRN/ECW)

**DEFENDANT'S EXHIBIT LIST**

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEYS | DEFENDANT'S ATTORNEYS |
|---|---|---|---|---|---|---|
| Hon. Susan Richard Nelson<br>District Judge | | | | | Aldous Brant Cook<br>Emily Reeder-Ricchett | Peter B. Wold<br>John Fee |
| TRIAL DATE(S) | | | | | COURT REPORTER | COURTROOM DEPUTY |
| September 25, 2026 | | | | | | |
| Plf. No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibit | |
| | 001 | | | | 2024 Remote Support Modifier Webinar Slides | |
| | 002 | | | | 2020 Youtube Video: 'Housing Stabilization Services Overview and Question Time' by Info Minnesota Coalition for the Homeless https://www.youtube.com/watch?v=7VKc2OR8jBE | |
| | 003 | | | | 2024 Youtube Video: 'Housing Stabilization Services Listening Session: Health and Housing Providers' by Public Sector Consultants https://www.youtube.com/watch?v=Hi1tdzK6oao | |
| | 004 | | | | Srae Sims Handwritten Notes | |
| | 005 | | | | IDEMIA Partner Enrollment Agent Citizenship Form RE Branisha McClain | |
| | 006 | | | | IDEMIA Partner Enrollment Agent Citizenship Form RE Renisha Gray | |
| | 007 | | | | IDEMIA Partner Enrollment Agent Citizenship Form RE Sharmaine Meadows | |
| | 008 | | | | IDEMIA Partner Enrollment Agent Citizenship Form RE Latrice Osborne | |
| | 009 | | | | IDEMIA Partner Enrollment Agent Citizenship Form RE Srae Sims | |
| | 010 | | | | IDEMIA Minnesota BCA Informed Consent Form RE Sharmaine Meadows | |

| | | | | | |
|---|---|---|---|---|---|
| | 011 | | | | IDEMIA Minnesota BCA Informed Consent Form RE Srae Sims |
| | 012 | | | | IDEMIA Minnesota BCA Informed Consent Form RE Latrice Osborne |
| | 013 | | | | IRS W-4 Withholding Certificate RE Srae Sims |
| | 014 | | | | MN DHS Background Study Clearance RE Srae Sims |
| | 015 | | | | Fingerprints – Srae Sims |
| | 016 | | | | 9/14/2022 Email from Srae Sims to Latrice Osborne RE Cost Analysis |
| | 017 | | | | 8/11/2022 Cradle of Love Time off Request of Srae Sims |
| | 018 | | | | 1/18/2021 Email from Sharmaine Meadows to COL Staff RE Documentation |
| | 019 | | | | Job Posting for COL Group General Manager Position |
| | 020 | | | | MHCP Provider Manual – 2020 Revisions |
| | 021 | | | | MHCP Provider Manual – 2021 Revisions |
| | 022 | | | | MHCP Provider Manual – 2022 Revisions |
| | 023 | | | | MHCP Provider Manual – 2023 Revisions |
| | 024 | | | | MHCP Provider Manual – 2024 Revisions |
| | 025 | | | | MHCP Provider Manual – 2024 Revisions |

Defendant reserves the right to supplement or amend its witness list. Defendant also reserves the right to call any witness on the Government's witness list.

Respectfully submitted,

**WOLD LAW**

Dated: September 9, 2026

/s/ Peter B. Wold

Peter B. Wold, No. 118382
331 Second Ave. S., Ste. 705
Minneapolis, MN 55401
612-341-2525