**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**CASE NO. 26-CR-90 (SRN/ECW)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **UNITED STATES'** |
| | ) | **SUPERSEDING INDICTMENT** |
| **SHARMAINE MEADOWS** | ) | **SUMMARY** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

The United States of America, through its undersigned counsel, respectfully submits this Superseding Indictment Summary pursuant to the Court's September 3, 2026, scheduling order. Dkt. 47. Counsel for Defendant has indicated it does not oppose the language set forth below.

**SUPSERSEDING INDICTMENT SUMMARY**

This is a criminal case that comes to you by way of a charging document called a Superseding Indictment. The name of the case is *United States v. Sharmaine Meadows*. The Superseding Indictment has five counts, all charging the Defendant with health care fraud. In essence, the Superseding Indictment charges the Defendant with participating in a scheme to commit health care fraud by submitting, or causing to be submitted, false and fraudulent claims for services to Minnesota Medicaid for Housing Stabilization Services, or aiding and abetting in the commission of the charged health care fraud.

DANIEL N. ROSEN
United States Attorney
District of Minnesota

COLIN M. MCDONALD
Assistant Attorney General
National Fraud Enforcement Division
U.S. Department of Justice

By: *<u>/s/ Emily Reeder-Ricchetti</u>*
Emily Reeder-Ricchetti
Trial Attorney
United States Department of Justice
1400 New York Avenue NW
Washington, DC 20005
202-355-5633
Emily.Reeder-Ricchetti@usdoj.gov

By: *<u>/s/ Brant Cook</u>*
Brant Cook
Trial Attorney
United States Department of Justice
211 West Fort Street
Suite 2001
Detroit, MI 48226
Phone: (202) 748-1224
E-mail: brant.cook@usdoj.gov