UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

v.

SHARMAINE MEADOWS

**GOVERNMENT'S AMENDED WITNESS LIST**

Case No. 26-cr-90 (SRN/ECW)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEYS | DEFENDANT'S ATTORNEYS |
|---|---|---|
| Hon. Susan Richard Nelson<br>United States District Judge | Aldous Brant Cook<br>Trial Attorney<br><br>Emily Reeder-Ricchetti<br>Trial Attorney | Peter B. Wold<br>John Fee |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| September 25, 2026 | | Lynn Magee |

| NO. | TITLE, NAME, ORGANIZATION |
|---|---|
| 1 | Special Agent Derrick Doty, Department of Health & Human Services, Office of Inspector General |
| 2 | Special Agent Jared Kary, Federal Bureau of Investigation |
| 3 | Forensic Accountant Elizabeth Karn, Federal Bureau of Investigation |
| 4 | Thomas Balsley, Interim Division Director for the Homelessness, Housing, and Supportive Services Division, Minnesota Department of Human Services |
| 5 | Reginald Wardoku or David Kelly, Healthcare Research & Quality, Minnesota Department of Human Services |
| 6 | Patrizia Davis, Civilian, St. Louis Park, Minnesota |
| 7 | Stephanie Reid, Civilian, St. Paul, Minnesota |
| 8 | Kristina Schultz, Civilian, Roseville, Minnesota |
| 9 | Heidi Schultz, Civilian, Roseville, Minnesota |
| 10 | Martha Ndege, Civilian, Dalbo, Minnesota |
| 11 | Denise Blanks, Civilian, St. Paul, Minnesota |
| 12 | Shenara Foster, Civilian, Brooklyn Park, Minnesota |
| 13 | Kinyatta Henry, Civilian, Brooklyn Center, Minnesota |
| 14 | Latoya Hilton (Phillips), Civilian, Scottsdale, Georgia |
| 15 | Michelle McKee (Fort), Civilian, Minneapolis, Minnesota |
| 16 | Jovaughn Okunowo, Civilian, Plainfield, Illinois |
| 17 | Jerri Porter, Civilian, Oakdale, Minnesota |

| | |
|---|---|
| 18 | Srae Sims, Civilian, South St. Paul, Minnesota |
| 19 | Latrice Ushie (Osborne), Civilian, Brooklyn Park, Minnesota |

The United States reserves the right to supplement or amend its witness list. The government reserves the right to call any witness on the Defendant's witness list, other than the Defendant. Further, the government reserves the right to call other witnesses in rebuttal to any defense case.

Respectfully submitted,

*s/Brant Cook*
BRANT COOK
Trial Attorney
MI Bar No. P86489
United States Department of Justice
National Fraud Enforcement Division
211 W. Fort St., Suite 2001
Detroit, Michigan 48226
(202) 748-1224
brant.cook@usdoj.gov

EMILY REEDER-RICCHETTI
Trial Attorney
DC Bar No. 252710
United States Department of Justice
National Fraud Enforcement Division
1400 New York Avenue NW
Washington, DC 20005
202-355-5633
Emily.Reeder-Ricchetti@usdoj.gov