UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHARMAINE MEADOWS,

Defendant.

File No. 26-CR-90 (SRN/ECW)

**DEFENDANT'S SECOND MOTION IN LIMINE REGARDING GOVERNMENT'S PROPOSED TRIAL EXHIBITS**

---

Defendant Sharmaine Meadows, by and through her undersigned attorney, respectfully submits her second motion in limine regarding the Government's proposed trial exhibits – she specifically seeks an Order from this Court precluding the admission of, or reference to, Government's proposed Ex. 115. This exhibit was anticipated by the Government to be introduced, alongside Government exhibit 100, through Reginald Wardoku. Defense counsel was informed over the weekend that David Kelly – rather than Mr. Wardoku, would likely be the witness to be called, and the witness through which they seek to introduce those exhibits. Mr. Kelly is anticipated to be called by the Government on Monday, September 28. The proposed Government exhibit 115 is a summary exhibit which includes all claims from Cradle of Love to Medicaid (including HHS, IHS, and other programs). Based on prior evidentiary challenges and pre-trial hearings, Defendant believes it is necessary and proper to bring this matter to the Court's attention in advance of Mr. Kelly's testimony. Defendant, at this time, does not object to Government's proposed exhibit 100 as  it purports to document Cradle of Love's HHS claims exclusively.

Respectfully submitted,

Dated: September 27, 2026

**WOLD LAW**

/s/ Peter B. Wold

Peter B. Wold, Atty Id. No. 118382
331 Second Ave. S., Ste. 705
Minneapolis, MN 55401
612.341.2525