**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Sharmaine Meadows,<br><br>Defendant. | Case No. 26-CR-90 (SRN/ECW)<br><br>**ORDER** |

Brant Cook, Department Of Justice-Criminal Division, 211 West Fort Street, Suite 2001, Detroit, MI 48226; Emily Reeder-Ricchetti, Department Of Justice-Criminal Division, 1400 New York Avenue NW, Washington, DC 20005, Counsel for Government.

Peter Wold and John Fee, Wold Law, 331 Second Avenue South, Suite 705, Minneapolis, MN 55401, Counsel for Defendant.

---

SUSAN RICHARD NELSON, United States District Judge

In the parties' Amended Joint Proposed Jury Instructions, they included a proposed instruction on deliberate ignorance/willful blindness, with the notation, "include if appropriate." The instruction is modeled on Eighth Circuit Model Jury Instruction 7.04.

The Court directs the parties to submit briefing on whether they believe this instruction is appropriate, and if so, how it is supported by the evidence. They shall cite Eighth Circuit legal authority, and persuasive authority outside this Circuit, in support of, or opposition to, the instruction, especially in light of the Government's decision to withdraw an instruction under *Pinkerton*.

The parties shall submit briefing of no more than 5 pages by 9:00 pm on Monday, October 5, 2026.

Dated: October 5, 2026

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge