# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## TRIAL

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**SHARMAINE MEADOWS,**

Defendant.

**COURT MINUTES–CRIMINAL**

| | |
|---|---|
| Case No: | 26-CR-90 (SRN/ECW) |
| Date: | Tuesday, October 6, 2026 |
| Court Reporters: | Caitlin Nat |
| Courthouse: | Saint Paul |
| Courtroom: | 7B |
| Time Commenced: | 8:30 a.m. – 1:00 p.m. |
| Time Resumed: | 4:45 p.m. |
| Time Concluded: | 5:00 p.m. |
| Time in Court: | Three (3) Hours/Forty-Five (45) Minutes |

Before The Honorable Susan Richard Nelson, United States District Judge, Saint Paul, Minnesota.

**APPEARANCES**:
For Plaintiff: Brant Cook, Emily Reeder-Ricchetti, DOJ-Criminal Division
For Defendant: Peter Wold, John Fee, Retained

**PROCEEDINGS**:
Case Management Conference (8:30 a.m.-8:50 a.m.)
Closing Argument-Government (9:05 a.m. – 10:05 a.m.)
Morning Break (10:05 a.m. – 10:20 a.m.)
Closing Argument-Defendant (10:20 a.m. – 11:35 a.m.)
Closing Argument-Rebuttal (11:35 a.m. – 12:05 p.m.)
Jury Instructions (12:15 p.m. – 12:50 p.m.)

Jury Deliberations (1:00 p.m. – 4:35 p.m.)

A Case Management Conference will be held at 8:30 a.m. Jury Deliberations will continue on Wednesday, October 7, 2026.

Date: Tuesday, October 6, 2026

*s/CRD*
Courtroom Deputy to
The Hon. Susan Richard Nelson