# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## TRIAL

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | | **COURT MINUTES–CRIMINAL** |
| Plaintiff, | Case No: | 26-CR-90 (SRN/ECW) |
| | Date: | Wednesday, October 7, 2026 |
| v. | Court Reporters: | Caitlin Nat |
| | Courthouse: | Saint Paul |
| **SHARMAINE MEADOWS,** | Courtroom: | 7B |
| | Time Commenced: | 8:30 a.m. – 8:48 a.m. |
| | Time Resumed: | 2:07 p.m. – 2:13 p.m. |
| Defendant. | Time Concluded: | 2:13 p.m. |
| | Time in Court: | 24 Minutes |

Before The Honorable Susan Richard Nelson, United States District Judge, Saint Paul, Minnesota.

**APPEARANCES**:
For Plaintiff: Brant Cook, Emily Reeder-Ricchetti, DOJ-Criminal Division
For Defendant: Peter Wold, John Fee, Retained

**PROCEEDINGS**:
Case Management Conference (8:30 a.m. – 8:42 a.m.)
Jury Instruction (8:42 a.m. – 8:48 a.m.)
Jury Deliberations (8:48 a.m. – 1:57 p.m.)
Verdict Received (2:07 p.m.)
Jury Trial Concluded (2:13 p.m.)
Guilty as to Counts 2, 4 and 5
Not Guilty as to Counts 1 and 3
Presentence Investigation and Report Ordered.
Defendant released on previously imposed conditions of release.

Date: Wednesday, October 7, 2026

*s/CRD*
Courtroom Deputy to
The Hon. Susan Richard Nelson